UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

06-20629 CR-GOLD MAGISTRATE JUDGE BANDSTRA

IN RE SEALED INDICTMENT

_____/

FILED by ___ D.C.
MAG. SEC.
SEP 28 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## MOTION TO SEAL

NOW COMES the United States of America, by and through its undersigned attorney, and respectfully requests that the indictment, arrest warrant, and any resulting order be SEALED until the arrest of the defendant or until further order of this court, excepting the United States Attorney's Office which may obtain copies of any indictment, arrest warrant, or other sealed document for purposes of arrest, extradition, or any other necessary cause, for the reason that the named defendant may flee, the integrity of the ongoing investigation might be compromised, and the safety of certain witnesses could be compromised should knowledge of this indictment become public.

Respectfully submitted,

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

By: _____
LOIS FOSTER-STEERS
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0480509
99 N.E. 4th Street
Miami, FL 33132
(305) 961-9203  Office
(305) 530-6168  Facsimile
Lois.Foster-Steers@usdoj.gov

