UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-20629-CR-GOLD (SEALED)

UNITED STATES OF AMERICA

    Plaintiff,

v.

**STEVEN WALDMAN**

DOB: 05/17/63    (J)64522-004
    Defendant.
_____/

## ORDER ON INITIAL APPEARANCE

AUSA **L Foster-Steers**    Language ENGLISH
Agent IRS    Tape No. 06E - **52-2787**

The above-named defendant having been arrested on 10/04/06 having appeared before the court for initial appearance on 10/04/06 and proceedings having been held in accordance with **Fed.R.Cr.P. r. 5 or 40(a)**, it is thereupon ORDERED as follows:

1. **Bruce Lehr** appeared as ~~permanent~~/temporary counsel of record.
   Address: _____
   Zip Code: _____ Telephone: _____
2. _____ appointed as permanent counsel of record.
   Address: _____
   Zip Code: _____ Telephone: _____
3. The defendant shall attempt to retain counsel and shall appear before the court at 10:00 a.m. on _____, 2006.
4. Arraignment/Preliminary/Removal/Identity hearing is set for 1:30 10-6, 2006.

5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because _____

A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for 1:30 10-6, 2006.

6. The defendant shall be released from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142: Stipulated 50,000 CSobreBBia 50,000/10% NeBBia, 500000 PSB Co-Signed by wife
This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:

<u>STEVEN WALDMAN</u>

✓ a. Surrender all passports and travel document to the Pretrial Services Office.
✓ b. Report to Pretrial Services as follows:____time(s) a week in person; ____time(s) a week by phone; ____ as directed; <u>other</u>_____
___c. Submit to random urine testing and/or treatment by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.
___d. Maintain or actively seek full time gainful employment. / None Financial Transactions
___e. Maintain or begin an educational program.
✓ f. Avoid all contact with victims of or witnesses to the crimes charged.
✓ g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
___h. Comply with the following curfew: 9PM-6AM  E.M. Paid by PTS
___i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.
✓ j. Comply with the following additional special conditions of this bond:
    No further debts
_____

This bond was set: At Arrest _____
                  On Warrant _____
                  After Hearing _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____
_____
_____
_____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

**DONE AND ORDERED** at <u>Miami, Florida</u> this <u>4TH</u> day of <u>OCTOBER</u>, 2006.

_____
**TED E. BANDSTRA**
**UNITED STATES MAGISTRATE JUDGE**

c: Assistant U.S. Attorney
   Defense Counsel
   Pretrial Services/Probation

<u>Luis A. Castro and Eliud Artica, individually and on behalf of others persons similarly situated who were employed by Professional Plumbing and/or any other entities affiliated with or controlled by Professional Plumbing v. Professional Plumbing Corp., Manuel Alonso, Isabel Alonso and Manuel R. Alonso</u>

Case No. 06-20708-CIV-GRAHAM / Magistrate O'Sullivan

SERVICE LIST

Lloyd Ambinder, Esquire
Barnes Iaccarino Virginia Ambinder & Shepherd PLLC
111 Broadway, Suite 1403
New York, New York 10006
Tel:    (212) 943-9080
Fax:    (212) 943-9082
Counsel for Plaintiffs

Peter F. Valori, Esquire
Damian & Valori, LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Tel:    (305) 371-3960
Fax:    (305) 371-3965
Counsel for Plaintiffs

Rodolfo Gomez, Esquire
York M. Flik, Esquire
Allen, Norton & Blue, P.A.
121 Majorca Avenue, Suite 300
Coral Gables, Florida 33134
Tel:    (305) 445-7801
Fax:    (305) 442-1578
Counsel for Defendants

110042_1